

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PP&M TOWING & RECOVERY, INC., a California corporation,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a subdivision of the State of California; GEORGE GASCON, in his capacity as the Chief of Police of the City of San Francisco, California,<br><br>Defendants - Appellees. | No. 10-16062<br><br>D.C. No. 3:10-cv-01466-THE<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Thelton E. Henderson, Senior District Judge, Presiding

Submitted August 23, 2010[**]

Before:     LEAVY, HAWKINS and THOMAS, Circuit Judges.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

PP&M Towing & Recovery, Inc. appeals the district court's denial of its request for preliminary injunctive relief against the City & County of San Francisco and George Gascon, in his official capacity as Chief of Police. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir. 2008); *see Winter v. Natural Resources Defense Council*, 129 S. Ct. 365, 374 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review). We conclude the district court did not abuse its discretion. Accordingly, we affirm the district court's order denying the preliminary injunction.

**AFFIRMED.**